# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| JAMES ALEXANDER, | : | Case No. 21-10683 (JTD) |
| | : | |
| Debtor. | : | **Re: Docket Nos. 152, 154, 155** |
| | : | |

## CERTIFICATION OF COUNSEL REGARDING REVISED ORDER APPROVING SALE OF PROPERTY KNOWN AS 3551 DIXIE CANYON PLACE, SHERMAN OAKS, CALIFORNIA FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES AND GRANTING RELATED RELIEF

The undersigned proposed counsel to Alfred T. Giuliano, Chapter 7 Trustee (the "Trustee") hereby certifies to the following:

1. On August 31, 2021, the Trustee filed the *Motion for Entry of an Order Approving the (I) Sale of Real Property Known as 3551 Dixie Canyon Place, Sherman Oaks, California Free and Clear of Liens, Claims and Encumbrances Including the Interest of Aliyah Jasmine Wan Alexander; (II) Compelling the Debtor and All Occupants to Comply with the Sale; (III) Authorizing the Trustee to Pay Liens and the Debtor's Exemption at the Time of Closing or as Soon as Thereafter Practicable; and (IV) Granting Related Relief* [Docket No. 152] (the "Sale Motion").[1]

2. On September 15, 2021, the debtor James Alexander filed an Objection to the Sale Motion [Docket No. 154] (the "Objection").

3. On October 1, 2021, the Trustee filed a Reply to the Objection to the Sale Motion [Docket No. 155].

4. At the hearing on approval of the Sale Motion, the Objection was overruled and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

certain changes to the initial Proposed Form of Order were set forth on the record.

5. A copy of the revised proposed order with respect to the Sale Motion is attached hereto as **Exhibit A** (the "Revised Proposed Order").  A redline of the Revised Proposed Order marked to reflect the changes from the initial Proposed Form of Order is attached hereto as **Exhibit B**.

6. The Trustee requests that the Court enter the Revised Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

Dated:  October 6, 2021
Wilmington, Delaware

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:  (302) 552-5503
Email:  sveghte@klehr.com

-And-

Morton Branzburg, Esquire
(admitted *pro hac vice*)
Carol Ann Slocum, Esquire
(admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-2700
Email:  mbranzburg@klehr.com
            cslocum@klehr.com

*Counsel to Alfred T. Giuliano,*
*Chapter 7 Trustee*